1    Jeff Brauer Esq.
     Nevada Bar No. 13834
2    3333 E. Serene Ave. #150
     Brauer, Driscoll, Sun and Associates LLC
3    Henderson, Nevada 89074
     *Counsel for Defendant 711 NC Property Trust, Trustee for*
4    *711 Bass LV Property Trust*

5

6
                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8
     KELLY O. SHIMADA IRREVOCABLE          Case No.: 2:18-cv-00527-APG-CWH
9    TRUST,

10                                                **STIPULATION AND**
                     Plaintiff,               **ORDER TO AMEND CASE CAPTION**
11   vs.

12   711 BASS LV PROPERTY TRUST;
     NEWPORT COVE CONDOMINIUM UNIT
13   OWNERS ASSOCIATION; DOES I through
     X and BLACK AND WHITE
14   CORPORATIONS I through X,

15                   Defendants.

16

17         **IT IS HEREBY STIPULATED AND AGREED** by and between Christina H.

18   Wang, Esq. of Fidelity National Law Group, counsel for Plaintiff Kelly O. Shimada

19   Irrevocable Trust ("Plaintiff") and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates,

20   counsel for Defendant 711 Bass LV Property Trust ("Defendant"), as follows: The caption to

21   this case shall be amended to identify Defendant 711 BASS LV PROPERTY TRUST  as 711

22   NC PROPERTY TRUST, TRUSTEE FOR 711 BASS LV PROPERTY TRUST (**711**

23   **Trustee**)[1]; and Plaintiff KELLY O. SHIMADA IRREVOCABLE TRUST as KELLY O.

24   SHIMADA, TRUSTEE OF THE KELLY O. SHIMADA IRREVOCABLE TRUST.

25

26
     _____
27   [1] 711 Trustee has not yet been served in this matter and by filing this Opposition provides
     notice that it does not intend to waive related rights. *Benny v. Pipes*, 799 F.2d 489 (9th Circ.,
28   1986)

*THE LAW OFFICES OF*
*BRAUER DRISCOLL SUN*
*AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 989-3213

                                    Page 1 of 2

| | | |
|---|---|---|
| 1 | Fidelity National Law Group | Brauer, Driscoll, Sun and Associates |
| 2 | | |
| | /s/Christina H. Wang_____ | /s/Jeff Brauer_____ |
| 3 | CHRISTINA H. WANG, ESQ. | JEFF BRAUER, ESQ. |
| | Nevada Bar No. 9713 | Nevada Bar No. 13834 |
| 4 | 1701 Village Center Circle, Suite 110 | 3333 East Serene, Suite 150 |
| 5 | Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| | *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 6 | | *711 Bass LV Property Trust* |
| 7 | | |
| 8 | | **IT IS SO ORDERED.** |

**UNITED STATES DISTRICT JUDGE**

**Dated:** __ 4/6/2018 _____

*THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 989-3213