Christina H. Wang, Esq.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY O. SHIMADA, TRUSTEE OF THE KELLY O. SHIMADA IRREVOCABLE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>711 NC PROPERTY TRUST, TRUSTEE FOR 711 BASS LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:18-cv-00527-APG-CWH<br><br>**WAIVER OF SERVICE AND STIPULATION AND [PROPOSED] ORDER ON DEADLINE FOR DEFENDANTS TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant 711 NC Property Trust, Trustee for 711 Bass LV Property Trust hereby waives service of the Summons and Complaint in this matter.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Christina H. Wang, Esq. of Fidelity National Law Group, counsel for Plaintiff Kelly O. Shimada, Trustee of the Kelly O. Shimada Irrevocable Trust ("Plaintiff") and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates, counsel for Defendants 711 NC Property Trust, Trustee for 711 Bass LV Property Trust and Newport Cove Condominium Unit Owners Association that the deadline

/ / /

/ / /

for Defendants to file their Answers to Plaintiff's Complaint will be May 4, 2018.

DATED this 20th day of April, 2018.

| Fidelity National Law Group | Brauer, Driscoll, Sun and Associates |
|---|---|
| /s/ Christina H. Wang<br>CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiffs* | /s/ Jeff Brauer<br>JEFF BRAUER, ESQ.<br>Nevada Bar No. 13834<br>3333 East Serene, Suite 150<br>Henderson, Nevada 89074<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** April 24, 2018

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000