Christina H. Wang, Esq.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY O. SHIMADA, TRUSTEE OF THE KELLY O. SHIMADA IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>711 NC PROPERTY TRUST, TRUSTEE FOR 711 BASS LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:18-cv-00527-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS, TO REFUND BOND, AND TO RELEASE LIS PENDENS** |

IT IS HEREBY STIPULATED AND AGREED by and between Christina H. Wang, Esq. of the Fidelity National Law Group, counsel for Plaintiff Kelly O. Shimada, Trustee of the Kelly O. Shimada Irrevocable Trust ("Plaintiff"); and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates LLC, counsel for Defendants 711 NC Property Trust, Trustee for 711 Bass LV Property Trust, and Newport Cove Condominium Unit Owners Association, as follows:

IT IS HEREBY STIPULATED AND AGREED that this case shall be dismissed in its entirety with prejudice.

IT IS FURTHER STIPULATED AND AGREED that that each party shall bear their own

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Notice of Lis Pendens, filed in this Court on March 22, 2018 (Doc 1-24) and recorded in the Official Records of the Clark County, Nevada Recorder on March 29, 2018 as Instrument No. 20180329-0002591, referring to the real property described therein and commonly known as 711 Bass Drive, Unit A, Henderson, NV 89014, APN 178-06-511-026, is hereby released from the record.

IT IS FURTHER STIPULATED AND AGREED that the $2,500.00 total cash bond (Docs. 15, 31), which Plaintiff tendered to the Court pursuant to the Orders granting the Preliminary Injunction (Doc. 30: $2,500.00 total, including the $500.00 previously tendered for the Temporary Restraining Order bond) and Temporary Restraining Order (Doc. 13: $500.00, which was later included as part of the $2,500.00 Preliminary Injunction bond), be returned to Plaintiff, and the bond requirement is hereby ended.

DATED this 31st day of May, 2018.

| FIDELITY NATIONAL LAW GROUP | BRAUER, DRISCOLL, SUN AND ASSOCIATES |
|---|---|
| /s/ Christina H. Wang | /s/ Jeff Brauer |
| CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | JEFF BRAUER, ESQ.<br>Nevada Bar No. 13834<br>3333 East Serene, Suite 150<br>Henderson, Nevada 89074<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: May 31, 2018

Fidelity National Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000